ANNA M. HOLDEN, Respondent, v. URIAH A. BOCH and MARY A. BOCH, Respondents. THE BANK OF VALLEY STREAM, Assignee, Respondent; CORNELIUS HUTH,

Referee, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.